[*195]     *Horace Brown agt. John Masten.

An affidavit of merits, setting forth that the defendant had stated *this* case to his counsel, instead of saying *the* case; *held,* sufficient.

*June Term,* 1846.

Motion by defendant to set aside inquest and subsequent proceedings, for irregularity.

An inquest by default was taken in this cause out of its regular order on the calendar, at the New-York circuit, on the 18th of March last, by which the plaintiff's damages were found at $1179.36, and six cents costs. Defendant's attorney had regularly filed and served an affidavit of merits previous to the circuit. The ground upon which the inquest was taken, and the only ground as admitted by plaintiff's counsel, was that the affidavit of merits filed and served by defendant's attorney was insufficient, because it set forth that the defendant had stated *this* case to his counsel, instead of saying *the* case.

R. W. Peckham, *defendant's counsel.*
James M. Smith, *defendant's attorney*
N. Hill, Jr., *plaintiff's counsel.*
Chas. S. H. Williams, *plaintiff's attorney.*

JEWETT, Justice.   Granted the motion, with $10 costs, on the ground that the affidavit of merits was sufficient.